No. 96–8933.  FANELLI v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–8934.  PATTERSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 96–8935.  LOAISIGA v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 96–8936.  VAN ZANT v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 96–8949.  TILLEY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–8950.  LANIER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 96–8951.  JOHNSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–8954.  MURRY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 96–8955.  MILES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–1913.  THIOKOL CORP. ET AL. v. REVENUE DIVISION, DEPARTMENT OF TREASURY OF MICHIGAN, ET AL.  C. A. 6th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 96–1681.  MORGAN, SUPERINTENDENT, KNOX COUNTY SCHOOLS v. CHRIS L., A MINOR, BY NEXT FRIEND, MIKE L.  C. A. 6th Cir.  Motions of Georgia School Boards Association, Inc., and National School Boards Association for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 96–900.  VISWANATHAN v. BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA ET AL., *ante*, p. 1115;

No. 96–7765.  AINSWORTH v. STATE BAR OF CALIFORNIA ET AL., *ante*, p. 1172; and

No. 96–8154.  CLARK v. UNITED STATES, *ante*, p. 1178.  Petitions for rehearing denied.